■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY LEFTWICH, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (Farlo, J.), rendered May 13, 1988, convicting him of attempted burglary in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed and the matter is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (5).

The defendant's claim that the People failed to meet their burden of proving the propriety of the venue of trial is not preserved for appellate review as a matter of law (see, CPL 470.05 [2]; *People v Pilgrim,* 52 NY2d 730, 732; *People v Liberatore,* 125 AD2d 591, 592; *see also, People v Udzinski,* 146 AD2d 245, 250). The defendant's argument that the trial court improperly considered attempted burglary in the third degree as a lesser included offense of burglary in the second degree is also not preserved for appellate review as a matter of law. Review of these issues in the exercise of our interest of justice jurisdiction is not warranted. Bracken, J. P., Sullivan, Harwood and Rosenblatt, JJ., concur.